## LEANDER FENNER v. THE STATE.

The officer who makes the seizure of liquors and apprehends the seller, under the 10th section of the act for the more effectual suppression of drinking-houses and tippling shops, is exclusively authorized to make complaint for a violation of that section.

THIS was a petition for a new trial. The defendant was complained against before the Magistrates' Court of the city of Providence, for breach of the 10th section of the act for the more effectual suppression of drinking houses and tippling shops. Judgment having been rendered against him by said Court, he appealed to the Court of Common Pleas, where a verdict of guilty was rendered. The complaint charged him with having kept for sale ale, wine, rum, or other strong or malt liquors, or mixed liquors, a part of which was ale, wine, rum, or other strong or malt liquors, in a shanty, tent or place for selling refreshments, in or near the ground of the cattle show of the Rhode Island Agricultural Society, or near the place of the exhibition of the Society for the Encouragement of Domestic Industry, on the 13th day of September, 1854, in the city of Providence. The complaint was made by William H. Hudson, city marshal of the city of Providence.

For causes of new trial, petitioner alleged that on the trial of the case before the Court of Common Pleas, it

appeared that the liquors, for the keeping of which he was convicted, were searched for, seized, and himself apprehended and carried before the magistrate by Edward P. Knowles, mayor of the city of Providence, and not by Hudson, the complainant, as is provided for and required by said 10th section.

*Hazard,* for the petitioner.

*Robinson, Attorney General,* interposed no objections.

STAPLES, C. J.—The object of the 10th section of this act seems chiefly to be the immediate prevention of the sale of liquors in certain places, and the breaking up of places temporarily occupied for such business, on public occasions. It makes it the duty of certain officers, among whom is the mayor and city marshal of any city, whenever informed that any such liquors are kept for sale or sold in any tent, shanty, hut, or place of any kind for selling refreshments, on or near the ground of any cattle show, agricultural exhibition, military muster, or other public occasion, to search such suspected places, and if he shall there find any such liquors, to seize them and to apprehend the keeper of the place, and to take both the liquors and the person before some magistrate and institute a written complaint against him on oath, that such liquors were found in his possession in such tent, shanty, or place aforesaid. On the trial of such complaint, and on proof that the liquors were found in the possession of the accused, and kept by him in such a place for sale, the accused is to be imprisoned in the county jail for twenty days, and the liquors destroyed.

Such liquors, so kept for sale, are in effect deemed a nuisance, to be abated by the proper officers, and the keeper of them subjected to imprisonment. It is a summary proceeding against both the person and the liquors, and by the letter and spirit of the section is to be carried on and completed by the same officer that commenced it, and by no other. If the officer who makes the seizure and apprehends the keeper of the place, makes no complaint against the keeper, no other person is authorized to do so. The petition is therefore granted.